| | |
|---|---|
| 1  BRIAN J. STRETCH (CABN 163973)<br>   Acting United States Attorney | **FILED** |
| 2 | MAR 08 2016 |
| 3  DAVID R. CALLAWAY (CABN 121782)<br>   Chief, Criminal Division | SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 4  KYLE F. WALDINGER (CABN 298752)<br>   Assistant United States Attorney | |

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6830
   FAX: (415) 436-7234
   Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 88-0167 EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ROBERT ABBOUD, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment without prejudice

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF DISMISSAL (CR 88-0167 EXE)

and moves that the Court quash all arrest warrants issued in connection with this case.

DATED: March 4, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrants issued in connection with the Indictment are quashed.

Date: 3/8/16

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL (CR 88-0167 EXE)